UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ELIZA CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-444 |
| | ) | (Phillips) |
| ANDERSON COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the plaintiff's motion for continuance of the trial scheduled for February 9, 2009. As grounds for the motion, plaintiff states that the parties need additional time to complete discovery in the case. Defendants do not oppose the requested continuance [Doc. 36]. Accordingly, plaintiff's motion for continuance [Doc. 32] is **GRANTED**.

1. The trial of this case is continued and shall commence on **April 13, 2010.**

2. A final pretrial conference shall be held in this case on **April 7, 2010 at 1:00 p.m.**

3. Defendants' motion for summary judgment [Doc. 16] is **DENIED** with leave to refile after the parties have completed discovery.

4. Defendants' motion to exclude the affidavit of Scott Manning [Doc. 25] is **DENIED AS MOOT.**

5. Plaintiff's motion for leave to file the rebuttal affidavit of Scott Manning [Doc. 28] is **DENIED AS MOOT.**

6. All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge