# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

ELIZA CAMPBELL, )
)
    **Plaintiff,** )
)
v. ) No. 3:06-CV-444
) (Phillips)
ANDERSON COUNTY, et al. )
)
    **Defendants.** )

## MEMORANDUM AND ORDER

This matter is before the court on the plaintiff's motion for default judgment against defendant Gerald Graham, in his individual capacity [Doc. 56]. In support of the motion plaintiff would show that she filed the instant civil rights action pursuant to 42 U.S.C. § 1983 on November 15, 2006. Defendant Gerald Graham was served with process on November 19, 2006. Defendant Graham failed to answer or otherwise respond to the complaint and an entry of default was entered against him on January 11, 2010. Accordingly, it is **ORDERED** that plaintiff's motion for default judgment against defendant Gerald Graham, in his individual capacity [Doc. 56], is **GRANTED.**

    **IT IS FURTHER ORDERED** that default judgment is hereby entered against defendant Gerald Graham, in his individual capacity, and in favor of plaintiff, Eliza Campbell, in an amount to be determined by the court.

**IT IS FURTHER ORDERED** that an evidentiary hearing will be held on **May 19, 2010 at 9:30 a.m.** to determine the amount of damages plaintiff Eliza Campbell is entitled to have entered against defendant Gerald Graham, in his individual capacity, in this matter.

**IT IS SO ORDERED.**

                **ENTER:**

                s/ Thomas W. Phillips
                United States District Judge