# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| ELIZA CAMPBELL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-444 |
| | ) | |
| GERALD GRAHAM, | ) | Judge Phillips |
|     Defendant. | ) | |

## JUDGMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held July 16, 2010, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **ORDERED** that Eliza Campbell, recover from defendant Gerald Graham, damages in the amount of Fifty Thousand ($50,000) plus costs of this action and attorney fees, the amount to be determined by further orders of the court.

**IT IS SO ORDERED.**

                         **ENTER:**

                                      s/ Thomas W. Phillips
                                      United States District Judge