UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ELIZA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-444 |
| ) | (Phillips) |
| GERALD GRAHAM, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 67] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on August 18, 2010, is hereby **ACCEPTED IN WHOLE** whereby plaintiff's motion for attorney fees and costs in this matter [Doc. 62] is **GRANTED.**

Accordingly, plaintiff is awarded attorney fees of $7,735.00 and costs of this cause in the amount of $1,646.28 against defendant Gerald Graham.

**IT IS SO ORDERED.**

                    **ENTER:**

                                  s/ Thomas W. Phillips
                                 United States District Judge